IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALFRE FERLANDY TUT CAAL,<br>**Petitioner,** | CIVIL ACTION |
| **v.** | |
| J.L. JAMISON, JOHN E. RIFE,<br>MARKWAYNE MULLIN, TODD<br>BLANCHE, U.S. DEPARTMENT OF<br>HOMELAND SECURITY, EXECUTIVE<br>OFFICE OF IMMIGRATION REVIEW,<br>**Respondents.** | NO.  26-4390 |

**O R D E R**

**AND NOW**, this 14th day of July, 2026, upon consideration of the Petition for Writ of

Habeas Corpus (ECF No. 1) and the opposition thereto (ECF No. 6 (the "Opposition")), it is

hereby **ORDERED** that Petitioner will file a reply to the Opposition on or before **July 21, 2026**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

HODGE, KELLEY B., J.